1012

No. 72–355. RUSSELL, EXECUTRIX v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–356. SMITH, TRUSTEE v. BAKER, TRUSTEE, ET AL. C. A. 3d Cir. Petition for certiorari before judgment to C. A. 3d Cir. denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–371. NATIONAL LABOR RELATIONS BOARD v. TAMIMENT, INC. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–382. CARTER ET AL. v. PANAMA CANAL CO. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–388. GERACE ET VIR v. COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–389. ZIZZO v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5296. CHAGOIS v. LYKES BROS. STEAMSHIP CO., INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5315. BOATWRIGHT v. HENDRICKS, PRISON CAMP SUPERINTENDENT. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5328. BROADWAY v. TEXAS. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.